AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Walter, Donald E. | 2. Court or Organization<br><br>U.S. Dist Ct; Western Dist LA | 3. Date of Report<br><br>07/1/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>300 Fannin Street, Suite 4200<br>Shreveport, Louisiana 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Walter, Donald E.

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lincoln as President, George Mason University | 10/18/2009-10/21/2009 | LA Jolla, CA | Non-FJC educational seminar | food, lodging and travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached description - timber farm rent | A | Rent | N | Q | Sold (part) | 12/31/09 | J | D | |
| 2. Jefferson Davis Bank & Trust Account | B | Interest | K | T | | | | | |
| 3. See attached description | B | Royalty | J | V | | | | | |
| 4. Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. See attached description | B | Rent | K | Q | | | | | |
| 6. Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7. Left intentionally blank | | None | | | | | | | |
| 8. Left intentionally blank | | None | | | | | | | |
| 9. Left intentionally blank | | None | | | | | | | |
| 10. Left intentionally blank | | None | | | | | | | |
| 11. Left intentionally blank | | None | | | | | | | |
| 12. Jefferson Davis Bank & Trust Common Stock | E | Dividend | P1 | T | | | | | |
| 13. Left intentionally blank | | None | | | | | | | |
| 14. Other assets | | None | | | | | | | |
| 15. Left intentionally blank | | None | | | | | | | |
| 16. Left intentionally blank | | None | | | | | | | |
| 17. See attached description | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. See attached description | B | Royalty | J | V | | | | | |
| 19. Coastal Club Common Stock | | None | L | T | | | | | |
| 20. Left intentionally blank | | None | | | | | | | |
| 21. Left intentionally blank | | None | | | | | | | |
| 22. Note: Valuation Code V-asset value on 36mth gross prod | | None | | | | | | | |
| 23. Other assets | | None | | | | | | | |
| 24. Exxon Mobil Common Stock | A | Dividend | K | T | | | | | |
| 25. Left intentionally blank | | None | | | | | | | |
| 26. Left intentionally blank | | None | | | | | | | |
| 27. Left intentionally blank | | None | | | | | | | |
| 28. Oracle Corp Common Stock | A | Dividend | K | T | | | | | |
| 29. Left intentionally blank | | None | | | | | | | |
| 30. Bancorp South Account | A | Interest | J | T | | | | | |
| 31. Left intentionally blank | | None | | | | | | | |
| 32. Verizon CommuniCo Common Stock | A | Dividend | J | T | | | | | |
| 33. Left intentionally blank | | None | | | | | | | |
| 34. Pfizer Common Stock | A | Dividend | | | Sold | 01/26/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | | None | | | | | | | |
| 36. Merrill Lynch Banking | A | Dividend | | | Closed | 04/30/09 | J | | |
| 37. Left intentionally blank | | None | | | | | | | |
| 38. Left intentionally blank | | None | | | | | | | |
| 39. Left intentionally blank | | None | | | | | | | |
| 40. Left intentionally blank | | None | | | | | | | |
| 41. Left intentionally blank | | None | | | | | | | |
| 42. GE Common Stock | A | Dividend | J | T | Buy (add'l) | 01/30/09 | J | | |
| 43. Left intentionally blank | | None | | | | | | | |
| 44. Left intentionally blank | | None | | | | | | | |
| 45. Left intentionally blank | | None | | | | | | | |
| 46. Left intentionally blank | | None | | | | | | | |
| 47. Left intentionally blank | | None | | | | | | | |
| 48. Other Assets-Blackrock Global Smallcap Fund Cl A & B | B | Dividend | K | T | Buy (add'l) | 02/06/09 | J | | |
| 49. IDEARC Common Stock | A | Dividend | J | T | | | | | |
| 50. Left intentionally blank | | None | | | | | | | |
| 51. Left intentionally blank | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Charles Schwab & Co., Inc.-money market | A | Interest | J | T | | | | | |
| 53. Left intentionally blank | | None | | | | | | | |
| 54. Left intentionally blank | | None | | | | | | | |
| 55. Left intentionally blank | | None | | | | | | | |
| 56. Left intentionally blank | | None | | | | | | | |
| 57. Left intentionally blank | | None | | | | | | | |
| 58. Left intentionally blank | | None | | | | | | | |
| 59. Left intentionally blank | | None | | | | | | | |
| 60. Leave intentionally blank | | None | | | | | | | |
| 61. Left intentionally blank | | None | | | | | | | |
| 62. Left intentionally blank | | None | | | | | | | |
| 63. Left intentionally blank | | None | | | | | | | |
| 64. Left intentionally blank | | None | | | | | | | |
| 65. Left intentionally blank | | None | | | | | | | |
| 66. Left intentionally blank | | None | | | | | | | |
| 67. Left intentionally blank | | None | | | | | | | |
| 68. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Left intentionally blank | | None | | | | | | | |
| 70. Left intentionally blank | | None | | | | | | | |
| 71. Left intentionally blank | | None | | | | | | | |
| 72. Left intentionally blank | | None | | | | | | | |
| 73. Left intentionally blank | | None | | | | | | | |
| 74. Left intentionally blank | | None | | | | | | | |
| 75. Merrill Lynch CMA Money Funds | B | Dividend | | | Closed | 5/31/09 | J | | |
| 76. See Attached Description | A | Royalty | J | V | | | | | |
| 77. See Attached Description | E | Royalty | L | V | | | | | |
| 78. Left intentionally blank | | None | | | | | | | |
| 79. Abott Laboratories | A | Dividend | | | Sold | 07/16/09 | J | A | |
| 80. Left intentionally blank | | None | | | | | | | |
| 81. Proctor & Gamble | A | Dividend | | | Sold | 07/31/09 | J | A | |
| 82. Bancorp South Inc. | A | Dividend | J | T | | | | | |
| 83. Left intentionally blank | | None | | | | | | | |
| 84. General Electric | A | Dividend | J | T | | | | | |
| 85. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pfizer Incorporated | A | Dividend | J | T | | | | | |
| 87. Left intentionally blank | | None | | | | | | | |
| 88. Left intentionally blank | | None | | | | | | | |
| 89. Left intentionally blank | | None | | | | | | | |
| 90. Left intentionally blank | | None | | | | | | | |
| 91. Left intentionally blank | | None | | | | | | | |
| 92. Left intentionally blank | | None | | | | | | | |
| 93. Fairpoint Communications | A | Dividend | J | T | | | | | |
| 94. Left intentionally blank | | None | | | | | | | |
| 95. Left intentionally blank | | None | | | | | | | |
| 96. Left intentionally blank | | None | | | | | | | |
| 97. Baxter Interntl Inc. | A | Dividend | J | T | | | | | |
| 98. Coca Cola Com | A | Dividend | J | T | | | | | |
| 99. Disney (Walt) Co Com | A | Dividend | J | T | | | | | |
| 100. Goldman Sachs Group Inc | A | Dividend | K | T | | | | | |
| 101. General Mills | A | Dividend | J | T | | | | | |
| 102. Left intentionally blank | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonalds Corp | A | Dividend | J | T | | | | | |
| 104. Left intentionally blank | | None | | | | | | | |
| 105. Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 106. General Electric | | None | J | T | | | | | |
| 107. Virtus Altrnves Divers A | | None | | | Sold | 03/10/09 | J | A | |
| 108. The New Century, LLC | A | Distribution | J | V | | | | | |
| 109. Morgan Keegan Cash Acct | | None | J | T | | | | | |
| 110. Interest in Niblett Irrigation Inc | | None | J | V | | | | | |
| 111. Richard Skipper Note | | None | J | V | | | | | |
| 112. Jefferson Davis Bank Account | | None | N | T | | | | | |
| 113. GenMaritime Corp-X | A | Dividend | J | T | Buy | 06/09/09 | J | | |
| 114. Palomar Med Tech-X | | None | J | T | Buy | 06/29/09 | J | | |
| 115. Spectra Energy Corp-X | A | Dividend | J | T | Buy | 10/08/09 | J | | |
| 116. Morgan Stanley Bank-X | A | Interest | K | T | | | | | |
| 117. Alcoa-X | | None | | | Buy **sold** | 06/02/09 **7/21/09 J** | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/1/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#1, Appraisal taken as of October 15, 2008.

#5, Was shown as sold in 2008 in error. This investment consisted of two buildings, only 1 was sold in 2008. The 2008 report should have shown a value for the building that was still owned.

#3, Valutaion based on 3 times the current year income.

#17, Valuation based on 3 times the current year income.

#18, Valuation based on 3 times the current year income.

#36, Merrill Lynch Banking-transfers throughout the year to ML Bank Deposit Program.

#76, Valuation based on 3 times the current year income.

#77, Valuation based on 3 times the current year income.

#108, Value used in sucession of ▓▓▓▓

#110, Value used in sucession of ▓▓▓▓

#111, Value used in sucession of ▓▓▓▓

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

ATTACHMENT TO FINANCIAL DISCLOSURE REPORT

OF DONALD E. WALTER

JULY 1, 2010

Part VII – Investments and Trusts

Description of #1
Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana.

Description of #3
Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.

Description #5
An undivided interest in real estate located in Jennings, Louisiana.

Description #17
Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.

Description #18
Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation.

Description #76
Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.

Description #77
Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum.